COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN RE: DUMP BODIES, INC., | § | No. 08-23-00056-CV |
|  | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |

## MEMORANDUM OPINION

Before the Court is relators' February 9, 2023, petition for writ of mandamus wherein relators seek relief from the trial court's denial of their motions to compel discovery. The three orders relator's seek mandamus are "Order denying Defendant's Motion to compel and for Sanctions", "Order Denying Defendant's Motion to Produce TEX. R. EVID. 1006 Backup Materials", and "Order Granting Plaintiff's Motion to Quash and for Protective Order."

Entitlement to mandamus relief requires relators to demonstrate that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

YVONNE T. RODRIGUEZ, Chief Justice

June 8,2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.